THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN BARMORE, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.—
Present — Crosby, P. J., Taylor, Harris and McCurn, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1943.
### (September 16, 1943.)

In the Matter of ELIZABETH B. FITZPATRICK, Appellant, against WALTER W. WESTALL et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents.— No opinion. Motion for leave to appeal to the Court of Appeals granted. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

### (September 20, 1943.)

In the Matter of JOHN W. CRAWFORD, Individually and as Chairman of the Kings County Committee of the American Labor Party, and as Chairman and Member of the Executive Committee of the Kings County Committee of the American Labor Party, et al., Respondents, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN GELO et al., Appellants. In the Matter of SAUL MILLS et al., Individually and as Members of the Kings County Committee of the American Labor Party, and on Behalf of All Other Members of said Committee Similarly Situated, Interveners, Respondents.* —
Hagarty, Carswell and Taylor, JJ., concur; Close, P. J., and Johnston, J., dissent and vote to affirm, without modification. Settle order on notice before Mr. Justice Carswell on Tuesday, September 21, 1943.

### (September 27, 1943.)

CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al., as Trustees under Six Trusts Made by William F. Kenny, Appellants, v. RALEIGH ESTATES, INC., et al., Respondents.—
Present—Close, P. J., Hagarty, Carswell and Taylor, JJ.; Johnston, J., not voting.

PAUL DICKERSON, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Present —
Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

* Affd. with opinion 291 N. Y. 98.